# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
## Civ. No. 1:23-cv-00333-SCR

| | |
|---|---|
| **MICHELLE JEANETTE BERGLIN,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| **COMMISSIONER OF SOCIAL SECURITY,** | ) |
| | ) |
| Defendant. | ) |

## ORDER

**THIS MATTER** is before the Court through a motion by Plaintiff, Michelle Jeanette Berglin, for an award of attorney's fees pursuant to the Equal Access to Justice Act. Defendant has consented to that motion.

**AND NOW IT IS HEREBY ORDERED** that Plaintiff, Michelle Jeanette Berglin, is awarded attorney fees in the amount of Four Thousand Eight Hundred Eighty Dollars and 77/100 Cents ($4,880.77). Full or partial remittance of the EAJA award will be contingent upon a determination by the Government that Plaintiff owes no qualifying, pre-existing debt(s) to the Government.

If Plaintiff has no outstanding federal debt, the Commissioner may honor any EAJA assignment that Plaintiff may provide and make the check(s) payable to Plaintiff's counsel. However, if Plaintiff has an outstanding federal debt, the Commissioner will make the check(s) payable to Plaintiff directly and deliver the check(s) to the business address of Plaintiff's counsel. The amount of EAJA award payable to Plaintiff will be the balance of EAJA award remaining after subtracting the amount of Plaintiff's outstanding federal debt. This award will be paid

directly to Plaintiff, Michelle Jeanette Berglin, and sent to the business address of Plaintiff's counsel. If Plaintiff's outstanding federal debt exceeds the amount of the EAJA award approved pursuant to the Order, the amount of the EAJA award will be used to offset Plaintiff's federal debt and no EAJA award shall be paid.

**SO ORDERED**.

Signed: January 15, 2025

_____
Susan C. Rodriguez
United States Magistrate Judge